UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THOMAS AND LESA CORBIN,
    Plaintiff,

Case No. 1:18-cv-00390-TSB

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs Thomas and Lesa Corbin by counsel, and Defendant, Experian Information Solutions, Inc. by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Experian Information Solutions, Inc. AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

**IT IS THEREFORE ORDERED** that all claims of Plaintiffs Thomas and Lesa Corbin against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiffs Thomas and Lesa Corbin and Defendant Experian Information Solutions, Inc. shall each bear its own costs and attorney's fees.

Date: 1/29/19

_Timothy S. Black_
Judge of United States District Court
Southern District of Ohio